PEOPLE *v.* TENNON. Appeal from Wayne, Blair Moody, Jr., J. Submitted Division 1 July 20, 1971, at Grand Rapids. (Docket No. 11572.) Decided August 26, 1971.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Arthur N. Bishop,* Assistant Prosecuting Attorney, for the people.

*William C. Gage,* for defendant on appeal.

Before: HOLBROOK, P. J., and FITZGERALD and T. M. BURNS, JJ.

PER CURIAM. The defendant was charged with robbery armed. MCLA § 750.529 (Stat Ann 1971 Cum Supp § 28.797). He pled guilty to an added count of robbery unarmed. MCLA § 750.530 (Stat Ann 1954 Rev § 28.798). He was sentenced to a term of 5 to 15 years in prison.

The defendant's contention that his plea was not freely, understandingly, and voluntarily made because he was not advised of the consequence of his plea, namely, its effect on his probationary status is without merit. The law does not require such advice. *People v. Dunn* (1968), 380 Mich 693. Further, at the time of his plea the

defendant stated that he was not on probation, when asked by the judge. It is manifest that the question sought to be reviewed is so unsubstantial that no argument or formal submission is needed.

The motion to affirm is granted.